IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02073-AP

TRACY HESSER,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| | |
|---|---|
| For Plaintiff: | Paul Radosevich |
| | Attorney at Law |
| | 1621 York Street |
| | Denver, CO 80206 |
| | Telephone: 303-377-1300 |
| | E-mail: Presq@worldnet.att.net |
| For Defendant: | TROY A. EID |
| | United States Attorney |
| | |
| | Kevin Traskos |
| | Assistant U.S. Attorney |
| | Kevin.traskos@usdoj.gov |
| | |
| | Bonnie E. Sims |
| | Special Assistant United States Attorney |
| | *Mailing Address*: |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |

Street Address:
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 844-7278
(303) 844-0770 (facsimile)
Bonnie.sims@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

- **A. Date Complaint Was Filed:** October 4, 2007.
- **B. Date Complaint Was Served on U.S. Attorney's Office:** October 9, 2007.
- **C. Date Answer and Administrative Record Were Filed:** December 10, 2007.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of the parties' knowledge, there are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that, to the best of their knowledge, this case raises no unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

- **A. Plaintiff's Opening Brief Due:** January 4, 2008
- **B. Defendant's Response Brief Due:** February 15, 2008

C. **Plaintiff's Reply Brief (If Any) Due:** March 3, 2008

9. **STATEMENTS REGARDING ORAL ARGUMENT**

Oral Argument is not requested.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this <u>2nd</u> day of January, 2008

                                   BY THE COURT:

                                   *S/John L. Kane*
                                   U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Paul Radosevich | TROY A. EID |
| | UNITED STATES ATTORNEY |

Paul Radosevich
Attorney at Law
1621 York Street
Denver, CO 80206
Telephone: 303-377-1300
E-mail: Presq@worldnet.att.net

Attorney for Plaintiff

s/ Kevin Traskos
KEVIN TRASKOS
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kevin.traskos@usdoj.gov

s/ Bonnie E. Sims
By: Bonnie E. Sims.
Special Assistant U.S. Attorney

*Mailing Address*:
1961 Stout St., Suite 1001A
Denver, Colorado 80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 844-7278
bonnie.sim@ssa.gov

Attorney for Defendant