IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02073-LTB

TRACY HESSER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

This matter comes before the Court on the plaintiff's **Stipulated Motion for Award of Attorney Fees Pursuant To The Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412** filed September 12th, 2008. After careful review of the stipulation and the file, the court has concluded the motion should be granted and that attorney fees should be awarded to the plaintiff.

**THERE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Award of Attorney Fees Pursuant To The Equal Access to Justice Act, 28 U.S.C. § 2412** filed September 12, 2008, is **Granted**; and

2. That defendant SHALL PAY $7,500.00 to plaintiff for attorney fees under the EAJA.

DATED September   15  , 2008, at Denver, Colorado.

                                                       BY THE COURT:

                                                         s/Lewis T. Babcock
                                                       LEWIS T. BABCOCK, JUDGE